**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

UNITED STATES OF AMERICA :

vs. : CRIMINAL NO.: 18-0038-KD-B

ERSKINE SIMMONS :

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The Defendant, ERSKINE SIMMONS, by consent, appeared before the undersigned Magistrate Judge on June 22, 2018, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to Counts ONE and FIVE of the Indictment charging a violation of 21 United States Code Section 846, Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance and 18 United States Code Section 924(c), Possession of Firearm during Drug Trafficking Crime.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court has determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offenses. The Court therefore recommends that the plea of guilty be accepted and that the Defendant Erskine Simmons be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 22nd day of June 2018.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.